IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FREDERICK J. BARTON
ADC #142505                                                                                          PLAINTIFF

v.                                          No. 4:23-cv-447-DPM

JAMES HILL, Sergeant, P.C.R.D.F.;
VIRMESA JACKSON, Deputy,
P.R.C.D.F.; MATTHEW COBB,
Sergeant, P.C.R.D.F.; CHARLES
ALLEN, Lieutenant, P.C.R.D.F.; and
NIKKHOL HARRIS, Deputy, P.C.R.D.F.                                          DEFENDANTS

ORDER

1. The docket has gotten tangled up at the conclusion of this case. This Order clarifies the record.

2. The Court's Order granting summary judgment should have specified that, along with granting Barton's motion to amend, *Doc. 50*, the Clerk should update the docket and denote that motion as his second supplemental complaint. Magistrate Judge Moore recommended this. *Doc. 59 at 19*. The motions for summary judgment, and the recommendation, address all the issues in Barton's second supplemental complaint. The Court directs the Clerk to update the title of *Doc. 50* and to strike *Doc. 66* as unnecessary.

3. Yesterday, the Clerk docketed another motion from Barton—for a continuance—a few minutes before docketing this

Court's Order on the motions for summary judgment. This new motion repeats points that Barton has made before about discovery problems and his broken glasses. This motion, *Doc. 64*, is denied. It is moot and lacks merit in any event.

4. The Court's final Order resolving this case, *Doc. 65*, stands. Judgment will issue.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

4 September 2024