IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FREDERICK J. BARTON
ADC #142505                                                               PLAINTIFF

v.                          No. 4:23-cv-447-DPM

JAMES HILL, Sergeant, P.C.R.D.F.;
VIRMESA JACKSON, Deputy,
P.R.C.D.F.; MATTHEW COBB,
Sergeant, P.C.R.D.F.; CHARLES
ALLEN, Lieutenant, P.C.R.D.F.; and
NIKKHOL HARRIS, Deputy, P.C.R.D.F.                        DEFENDANTS

## JUDGMENT

Barton's inadequate medical care claim is dismissed without prejudice. His excessive force and First Amendment retaliation claims are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

4 September 2024