IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FREDERICK J. BARTON
ADC #142505                                                                    PLAINTIFF

v.                        No. 4:23-cv-447-DPM

JAMES HILL, Sergeant, P.C.R.D.F.;
VIRMESA JACKSON, Deputy, P.C.R.D.F.;
MATTHEW COBB, Sergeant, P.C.R.D.F.;
CHARLES ALLEN, Lieutenant, P.C.R.D.F.;
and NIKKHOL HARRIS, Deputy,
P.C.R.D.F.                                                                     DEFENDANTS

ORDER

In the last couple of days, Barton has filed several papers.

*First*, this case was not transferred to the Western District of Arkansas. Notice, *Doc. 76*, addressed.

*Second*, Barton's motion to refile his response to the motion for summary judgment because his response was unsworn is unnecessary. This Court considered all the filings in deciding the merits. Motion, *Doc. 77*, denied.

*Third*, Barton's motion to reconsider and allow his second amended complaint is moot. Here again, the Court considered those issues before. Motion, *Doc. 78*, denied.

So Ordered.

*NPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 October 2024