## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**FREDERICK J. BARTON**
**ADC #142505**                                      **PLAINTIFF**

**v.**                        **No. 4:23-cv-447-DPM**

**JAMES HILL, Sergeant, P.C.R.D.F.;**
**VIRMESA JACKSON, Deputy, P.C.R.D.F.;**
**MATTHEW COBB, Sergeant, P.C.R.D.F.;**
**CHARLES ALLEN, Lieutenant, P.C.R.D.F.;**
**and NIKKHOL HARRIS, Deputy,**
**P.C.R.D.F.**                                      **DEFENDANTS**

### ORDER

1.  Barton's motion for reconsideration, *Doc. 83*, is denied for the reasons stated in the Court's earlier Orders, *Doc. 65, 67, & 79*.  He hasn't presented any new facts or law that support allowing his case to go forward.

2.  Barton's motion for a trial, *Doc. 84*, and his motion to compel, *Doc. 85*, are denied as moot.

3.  This case is closed and on appeal.  There is no need or reason for any further filings in this Court by Barton at this point.

So Ordered.

_W.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

24 October 2024